IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VASILE POPESCU                                                                                   PLAINTIFF

VERSUS                                                           CIVIL ACTION NO. 1:05cv353WJG-JMR

PEARL RIVER SHERIFF'S DEPARTMENT                                               DEFENDANT

## JUDGMENT

This matter having come on this date to be heard upon the Report and Recommendation [3-1] of Chief United States Magistrate John M. Roper entered in this cause on or about June 9, 2006, and the Court, having adopted said Report and Recommendation as the finding of this Court by order entered this date, finds that this matter should be dismissed. It is, therefore,

ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 6 day of August, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE